UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON ANSEL TUBBS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO. 14-137-SDD-SCR

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated December 7, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, under sentence four of 42 U.S.C. § 405(g), the final decision of Acting Commissioner of Social Security Carolyn W. Colvin denying the application for disability and supplemental security income benefits filed by Plaintiff, Jason Ansel Tubbs, shall be affirmed, and this action shall be dismissed.

Baton Rouge, Louisiana the 7 day of January, 2016

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.